RECEIVED
NOV 5 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Williams

# In The U[...] [...]t of Federal Claims

## Cover Sheet

**07-774 C**

Plaintiff(s) or Petitioner(s)
Hartford Fire Insurance Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Patrick Q. Hustead
Firm Name: The Hustead Law Firm
Post Office Box:
Street Address: 4643 South Ulster Street, Suite 1250
City-State-Zip: Denver, CO 80237
Telephone & Facsimile Numbers: 303/721-5000 303/721-5001 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? □ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [1] [3] [0]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [V] [A] [ ]
See attached sheet for three-digit codes.

Amount Claimed: $607,510.90 + interest
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes □ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.