ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
NOV 5 2007
U.S. COURT OF FEDERAL CLAIMS

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff

v.

No. 07-774 C

THE UNITED STATES,

Defendant.

**HARTFORD FIRE INSURANCE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Hartford Fire Insurance Company ("Hartford"), through and by its counsel, The Hustead Law Firm, a Professional Corporation, herein files its Corporate Disclosure Statement pursuant to RCFC 7.1(a), and states as follows:

1. Hartford Fire Insurance Company ("Hartford") is a Connecticut insurance company with its principal offices located at One Hartford Plaza, Hartford, Connecticut 06155.

2. Hartford has no parent company.

3. No publicly held corporation owns 10% or more of Hartford's stock.

Respectfully submitted this 2nd day of November, 2007.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

By: ______________________

Patrick Q. Hustead, Esq.
Colorado Bar No. 16905
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Telephone: (303) 721-5000
*Attorney for Plaintiff, Hartford Fire Insurance Company*