ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
NOV 5 2007
U.S. COURT OF FEDERAL CLAIMS

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff

v.

No. 07-774 C

THE UNITED STATES,

Defendant.

**HARTFORD FIRE INSURANCE COMPANY'S RULE 40.2 NOTICE OF DIRECTLY RELATED CASES**

Plaintiff, Hartford Fire Insurance Company ("Hartford"), through and by its counsel, The Hustead Law Firm, a Professional Corporation, herein files its Notice of Directly Related Cases pursuant to RCFC 40.2(a), and states as follows:

1. Numerous cases have been identified involving the United States Department of Veterans Affairs (the "VA"), formerly know as The Veterans Administration, a party in this matter.

2. None of the cases referenced in paragraph one above appear to be based on the same or similar claims.

3. None of the cases referenced in paragraph one above appear to involve contract V554C-838-03-8(a) or contract V554C-839-03-8(a), the two contracts reference in this case.

4. None of the cases referenced in paragraph one above appear to involve the Veteran Affairs Medical Center located at 1055 Clermont Street, Denver, Colorado 80220-3808, the property referenced in this case.

Respectfully submitted this 2nd day of November, 2007.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

By: ______________________________

Patrick Q. Hustead, Esq.
Colorado Bar No. 16905
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Telephone: (303) 721-5000
*Attorney for Plaintiff, Hartford Fire Insurance Company*