IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-774C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 60-day extension of time, to and including March 7, 2008, to respond to the complaint filed by plaintiff, Hartford Fire Insurance Company. Our response to the complaint currently is due on January 7, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the parties have discussed this motion and the requested enlargement of time. Plaintiff's counsel has represented that plaintiff does not oppose a 30-day enlargement, but plaintiff does not consent to a 60-day enlargement.

The requested 60-day enlargement is necessary to review the complaint, investigate the allegations and claims asserted and potential defenses, confer and coordinate with agency counsel, and respond appropriately by answer or motion. The agency's technical review of this construction dispute is continuing, and we have not yet received a litigation report from the agency. See 28 U.S.C. § 520. We have requested a 60-day enlargement of time, rather than the 30 days to which plaintiff has consented, because we do not believe that 30 days is sufficient time to accomplish the aforementioned tasks and respond to the complaint. Under these circumstances, the requested 60-day extension will promote orderly case management and avoid the unnecessary expenditure of resources by the parties and the Court.

For the foregoing reasons, we respectfully request that the Court grant this motion for a 60-day enlargement of time, to and including March 7, 2008, for the United States to respond to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

December 26, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2007, a copy of foregoing "DEFENDANT'S PARTIALLY UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick