# In the United States Court of Federal Claims

**No. 07-774C**
**(Filed December 27, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HARTFORD FIRE INSURANCE CO.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

---

On December 27, 2007, Defendant filed a motion for an enlargement of time of 60 days, to and including **March 7, 2008**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**