IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff

v.

No. 07-774C (Judge Williams)

THE UNITED STATES,

Defendant.

**HARTFORD FIRE INSURANCE COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, Hartford Fire Insurance Company ("Hartford"), through its counsel, The Hustead Law Firm, A Professional Corporation, pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, respectfully submits its Unopposed Motion for Enlargement of Time and requests a 14-day extension of time, to and including April 21, 2008, to respond to the Motion to Dismiss filed by Defendant, The United States. In support of its Motion, Hartford states as follows:

Our response to the Defendant's Motion to Dismiss is currently due on April 7, 2008. This is our first request for an enlargement of time regarding this Motion. Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the undersigned represents that Counsel for the parties discussed this Motion and the requested enlargement of time and Defendant's counsel indicated Defendant does not oppose, and will not file a brief in opposition to, a 14-day enlargement.

The requested 14-day enlargement is necessary to fully review the Motion to Dismiss, investigate the authority and theories asserted and respond appropriately. We have requested a 14-day enlargement of time, because counsel for Hartford has previous commitments during this

time period involving travel, an appellate argument, and several mediations. As such, we do not believe that 30 days is sufficient time to accomplish the aforementioned tasks and sufficiently respond. Under these circumstances, the requested 14-day extension will promote a thorough investigation regarding the validity and merits of Defendant's position and avoid the unnecessary expenditure of resources by the parties and the Court if Hartford is in fact required to remedy an administrative procedural defect before proceeding with this action in this Court.

For the foregoing reasons, we respectfully request that the Court grant this Motion for a 14-day enlargement of time, until and including April 21, 2008, for the Hartford to respond to the Motion to Dismiss.

Respectfully submitted this 26th day of March, 2008.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

By: s/
Patrick Q. Hustead, Esq.
Colorado Bar No. 16905
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Telephone: (303) 721-5000
*Attorney for Plaintiff, Hartford Fire Insurance Company*

## CERTIFICATE OF SERVICE

Pursuant Rule 5.1 of the Rules of the United States Court of Federal Claims, I hereby certify that on this 26th day of March, 2008, a true and correct copy of Plaintiff's Unopposed Motion for Enlargement of Time was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Douglas G. Edelschick, Esq.
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Attn: Classification Unit, 8th Floor
Email: Douglas.Edelschick@usdoj.gov

s/
Susan M. Higgins