# In the United States Court of Federal Claims

**No. 07-774C**
**(Filed March 27, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HARTFORD FIRE INSURANCE CO.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On March 26, 2008, Plaintiff filed a motion for an enlargement of time of 14 days, to and including **April 21, 2008**, within which to respond to Defendant's motion to dismiss. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**