# Farley Affidavit – Tab 3

**U.S. Department of Veterans Affairs**
**VA ECHS Medical Center/FMS-138**
**1055 Clermont Street**
**Denver, CO 80220-3808**

March 13, 2007

Mr. Lyn Farley
Lynx Construction & Consulting
4005 Palmer Ridge Drive
Parker, CO 80134

Subject: Contract(s): V554C-838 Design/Build Steam & Condensate
V554C-839 Design/Build Hot Water Heaters
VA ECHS Medical Center, Denver, CO

We are in receipt of your request for additional compensation. The request is filed on behalf of Hartford Insurance Company, the Surety, and Western Sun Enterprises. The amount of your request is a lump sum of $561,278.54. It is my understanding the basis for your request for additional compensation is a result of various differing site conditions and minor changes to the design build concept.

Your allegations are of a general nature for both contracts and state a lump sum value. In order for the Government to consider your request further, you must file separate requests, including a dollar amount for each of the above referenced contracts. Your request must include specific or pertinent facts related to your request and dollar values associated for each point where you allege monetary damages occurred. Additionally, you must include any documentation that supports your position.

Your attention is direct to FAR 52.233-1, Disputes, of the contract which provides guidance in submitting your request. Should you have additional questions, please call me at 303-399-8020 ext 4476 or email me at Raymond.tomori@va.gov. Thank you

Sincerely,

Raymond Tomori
Contracting Officer

# Farley Affidavit – Tab 4

**U.S. Department of Veterans Affairs**
**VA ECHS Medical Center/FMS-138**
**1055 Clermont Street**
**Denver, CO 80220-3808**

May 21, 2007

Mr. Lyn Farley
Lynx Construction & Consulting
4005 Palmer Ridge Drive
Parker, CO 80134

Subject: Contract(s): V554C-838 Design/Build Steam & Condensate
V554C-839 Design/Build Hot Water Heaters
VA ECHS Medical Center, Denver, CO

We are in receipt of your claim, dated May 15, 2007 and sent via e-mail on May 16, 2007. The request is filed on behalf of Hartford Insurance Company, the Surety, and Western Sun Enterprises.

To reiterate from my previous letter of March 13, 2007. you must file two (2) separate claims per contract, including dollar amount for each claim filed. Each separate claim must include specific or pertinent facts related to that contract for which you are filing the claim and cannot be combined. The claim must include a dollar value associated for each point where you allege monetary damages occurred. Your claim must include documentation that supports the claim and your position.

Your attention is direct to FAR 52.233-1, Disputes, of the contract which provides guidance in submitting your request. As a reminder that each claim must be properly certified in order for the Government to consider as a proper claim. Should you have additional questions, please call me at 303-399-8020 ext 4476 or email me at Raymond.tomori@va.gov. Thank you

Sincerely,

Raymond Tomori
Contracting Officer

# Farley Affidavit – Tab 5

## Cindy S. Knowles

**From:** "Lyn Farley" <lrfarley@qwest.net>
**To:** "Brett Chardavoyne" <BDC@thlf.com>
**Sent:** Wednesday, May 23, 2007 2:58 PM
**Attach:** hartfordclaim.doc
**Subject:** FW: Report & Claim.pdf - Adobe Acrobat Standard

Take a peek at this and call me tomorrow or the next day when you have time.

-----Original Message-----
From: Tomori, Raymond [mailto:Raymond.Tomori@va.gov]
Sent: Monday, May 21, 2007 1:57 PM
To: Lyn Farley
Cc: Rick Levesque; Casie Cde Baca; Brett Chardavoyne; Drake, Connie; Kupecz, Deborah
Subject: RE: Report & Claim.pdf - Adobe Acrobat Standard

Rick/Lyn,

Attached is the VA's response to your recent submission. The claim must be separated and filed separately per contract with the allegations associated by that contract and not combined.

Thanks

Raymond Tomori
Contracting Officer
VISN 19 Rocky Mtn Network Contracting
VA ECHS Medical Center (M/S FMS/138)
1055 Clermont Street
Denver, CO 80220
PH: 303-399-8020 ext 4476
FAX: 303-393-2894

-----Original Message-----
From: Lyn Farley [mailto:lrfarley@qwest.net]
Sent: Wednesday, May 16, 2007 9:43 AM
To: Tomori, Raymond
Cc: Rick Levesque; Casie Cde Baca; Brett Chardavoyne
Subject: Report & Claim.pdf - Adobe Acrobat Standard

Please find revised claim, which acknowledges the VA's last payment and provides additional information previously requested.

# Farley Affidavit – Tab 6

**LYNX** CONSTRUCTION & CONSULTING, *LLC*

April 21, 2008

Mr. Raymond Tomori
Contracting Officer
**U.S. Department of Veterans Affairs**
**VA ECHS Medical Center FMS-138**
**VISN 19 Rocky Mountain Contracting**
1055 Claremont Street
Denver, CO 80220-3803

Re: Contract No. V554C-839-03-8[a] - Design/Build Hot Water Heaters
Contract No. V554C-838-03-8[a] - Design/Build Steam and Condensate
VA ECHS Medical Center, Denver, Colorado Contracts:

Dear Mr. Tomori:

We are writing this letter on behalf of The Hartford Fire Insurance Company ("Hartford") and its principal, Western Sun Enterprises, Inc. ("Western") regarding their joint claims against the above-referenced contracts.

On May 16, 2007, Hartford and Western filed a joint claim with your office regarding these contracts. As part of their claim, Hartford and Western also filed claim certifications for each contract.

It has recently come to our attention that the United State Department of Veterans Affairs (the "VA") believes there may be a defect in the certification of this joint claim. Specifically, it is our understanding that the VA now believes the joint claim filed by Hartford and Western must be accompanied by two separate sets of claims certifications, one by Hartford and the other by Western.

We do not agree with the VA's position regarding this issue, because the Hartford's designated representative for both contracts, Mr. Casie Cde Baca, executed said claim certifications on behalf of both Western and Hartford. The status of Mr. Baca's designation as Hartford's representative is clearly articulated in Paragraph 6 of the take-over agreements for these contracts executed between the VA and Hartford. Copies of the take-over agreements have also been enclosed for your convenience.

Although we do not concur with the VA's position on the issue of certification, in an effort to avoid further delays regarding the processing of the joint claim, Hartford hereby submits the attached amended claim certification in accordance with FAR 52.233-1(2)iii for each contract. Pursuant to FAR 33.207, this amended certification, when accompanied with the previously submitted certification, shall retroactively serve to remedy any defects in the joint claim submitted by Hartford and Western on May 16, 2007.

If you require any additional information regarding this matter, please do not hesitate to contact us.

Sincerely,
LYNX CONSTRUCTION & CONSULTING, LLC

Lyn R. Farley
President

Enclosures

cc: Patrick Q. Hustead
Rick Levesque

4005 Palmer Ridge Drive, Parker, Colorado 80134
Phone: 303-840-7719 • Facsimile: 720-842-5035 • E-Mail: Lyn@Lynxconstruction.com

April 16, 2008

Mr. Raymond Tomori
Contracting Officer
U.S. Department of Veterans Affairs
VA ECHS Medical Center FMS-138
VISN 19 Rocky Mountain Contracting
1055 Claremont Street
Denver, CO 80220-3803

Re: Amended Claims Certification
Contract No. V554C-838
Design/Build Steam and Condensate
VA ECHS Medical Center, Denver, Colorado

Dear Sir or Madam:

Pursuant to 48 C.F.R. 33.207(f), this letter shall serve as The Hartford Fire Insurance Company's amended claim certification regarding the above-referenced contract and enclosed joint claim filed by The Hartford Fire Insurance Company and its principal, Western Sun Enterprises, Inc.

In support of The Hartford Fire Insurance Company's claim for additional compensation regarding the above-referenced contract, the undersigned hereby certify as follows:

1. The claim is made in good faith;
2. The data supporting this claim is accurate and complete to the best of my knowledge and belief;
3. The amount requested accurately reflects the contract adjustment for which the contractor believes the government is liable;
4. I am duly authorized to certify this claim on behalf of the contractor.

This certification is in compliance with FAR 52.233-1(2)(iii). The attached certification by Western Sun Enterprises, Inc. dated May 7, 2007 and claim/report prepared by Lynx Construction & Consulting, LLC offering supporting data for the joint claim, dated May 16, 2007 are hereby incorporated into this certification by reference.

Sincerely,

Rick Levesque
Authorized Representative of
The Hartford Fire Insurance Company

Enclosures

April 16, 2008

Mr. Raymond Tomori
Contracting Officer
U.S. Department of Veterans Affairs
VA ECHS Medical Center FMS-138
VISN 19 Rocky Mountain Contracting
1055 Claremont Street
Denver, CO 80220-3803

Re: Amended Claims Certification
Contract No. V554C-839
Design/Build Hot Water Heaters
VA ECHS Medical Center, Denver, Colorado

Dear Sir or Madam:

Pursuant to 48 C.F.R. 33.207(f), this letter shall serve as The Hartford Fire Insurance Company's amended claim certification regarding the above-referenced contract and enclosed joint claim filed by The Hartford Fire Insurance Company and its principal, Western Sun Enterprises, Inc.

In support of The Hartford Fire Insurance Company's claim for additional compensation regarding the above-referenced contract, the undersigned hereby certify as follows:

1. The claim is made in good faith;
2. The data supporting this claim is accurate and complete to the best of my knowledge and belief;
3. The amount requested accurately reflects the contract adjustment for which the contractor believes the government is liable;
4. I am duly authorized to certify this claim on behalf of the contractor.

This certification is in compliance with FAR 52.233-1(2)(iii). The attached certification by Western Sun Enterprises, Inc. dated May 7, 2007 and claim/report prepared by Lynx Construction & Consulting, LLC offering supporting data for the joint claim, dated May 16, 2007 are hereby incorporated into this certification by reference.

Sincerely,

Rick Levesque
Authorized Representative of
The Hartford Fire Insurance Company

Enclosures