# Exhibit A

U.S. Department of Veterans Affairs
VISN 19 - Rocky Mountain Contracting
4100 East Mississippi Avenue
Suite 1110
Glendale, CO 80246

October 4, 2005

The Hartford Insurance Fire Insurance Company (Surety)
Hartford Plaza
Hartford, CT 06115

# NOTICE TO PROCEED

Contract V554C-838/Replace Steam & Condensate Piping
Bond No. 37BCSBU9556/Claim No. 564 S 24961

**You are hereby notified to proceed with all work as contemplated on Exhibit A of the Surety Takeover Agreement effective October 5, 2005,** with the Replace Steam & Condensate Piping in reference to the above project at the VA Eastern Colorado Health Care System (ECHS), 1055 Clermont Street, Denver, CO as contemplated by Contract V554C-838 awarded to Western Sun Enterprises on September 30, 2003. The surety takeover agreement requires for completion within sixty (60) calendar days after receipt of this notice.

Please complete the acknowledgment of receipt of this notice on page 2 of this notice to proceed (NTP). The completion time will commence from the effective date of October 5, 2005. The Contracting Officer's Technical Representative (COTR) for this project is Ms. Connie Drake. A copy of her delegation of authority will be provided to you at the preconstruction conference on October 4, 2005. Ms. Drake can be reach at 303-399-8020 extension 2111.

If you have any questions, please email me at raymond.tomori@med.va.gov or by phone at 303/691-6543.

Sincerely,

Raymond J. Tomori
Contracting Officer

**I acknowledge receipt of the NTP for Replace Steam & Condensate Piping.**

Lyn R. Farlen

**Printed or typed Name and Title**

**Signature** **Date**

U.S. Department of Veterans Affairs
VISN 19 - Rocky Mountain Contracting
4100 East Mississippi Avenue
Suite 1110
Glendale, CO 80246

October 4, 2005

The Hartford Insurance Fire Insurance Company (Surety)
Hartford Plaza
Hartford, CT 06115

## NOTICE TO PROCEED

Contract V554C-839/Replace Hot Water Heaters
Bond No. 37BCSBU9555/Claim No. 564 S 24961

**You are hereby notified to proceed with all work as contemplated on Exhibit A of the Surety Takeover Agreement effective October 5, 2005**, with the Replace Hot Water Heaters in reference to the above project at the VA Eastern Colorado Health Care System (ECHS), 1055 Clermont Street, Denver, CO as contemplated by Contract V554C-838 awarded to Western Sun Enterprises on September 30, 2003. The surety takeover agreement requires for completion within sixty (60) calendar days after receipt of this notice.

Please complete the acknowledgment of receipt of this notice on page 2 of this notice to proceed (NTP). The completion time will commence from the effective date of October 5, 2005. The Contracting Officer's Technical Representative (COTR) for this project is Ms. Connie Drake. A copy of her delegation of authority will be provided to you at the preconstruction conference on October 4, 2005. Ms. Drake can be reach at 303-399-8020 extension 2111.

If you have any questions, please email me at raymond.tomori@med.va.gov or by phone at 303/691-6543.

Sincerely,

Raymond J. Tomori
Contracting Officer

**I acknowledge receipt of the NTP for Replace Hot Water Heaters.**

Lyn R. Farley

**Printed or typed Name and Title**

**Signature** **Date**

# Exhibit B

**Vincent J. Wegher**

**From:** Bekker, Stacey, Ms, DCAA [Stacey.Bekker@dcaa.mil]
**Sent:** Monday, April 14, 2008 11:11 AM
**To:** Vincent J. Wegher
**Cc:** HLF File
**Subject:** RE: 20080327.Hartford/WS.3300-103 - Court of Federal Claims, Case No. 07-CV-00774-MCW - VJW to S. Bekker

Vince,

The request was made by Raymond J. Tomori, Contracting Officer, in a January 31, 2008 letter. The letter was received by our office on February 1, 2008.

Thank you,
Stacey

-----Original Message-----
From: Vincent J. Wegher [mailto:vjw@thlf.com]
Sent: Monday, April 14, 2008 10:30 AM
To: Bekker, Stacey, Ms, DCAA
Cc: HLF File
Subject: RE: 20080327.Hartford/WS.3300-103 - Court of Federal Claims, Case No. 07-CV-00774-MCW - VJW to S. Bekker

Stacey,

I've requested the missing vendor invoices. Hopefully, I will have them soon.

The other day you indicated your audit began on February 6, 2008. Do you know when it was ordered or requested and by who?

Regards,

Vince

Vincent J. Wegher, P.E., Esq.
The Hustead Law Firm
A Professional Corporation
4643 South Ulster Street, Suite 1250
Denver, CO 80237
Telephone: 303.721.5000 Ext. 122
Direct Line: 720.407.8439
Facsimile: 303.721.5001
Email: vjw@thlf.com
"We can't solve problems by using the same kind of thinking we used when we created them." - Albert Einstein

---

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in

error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Vincent J. Wegher at (303) 721-5000 (collect), so that our address records can be corrected.

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

-----Original Message-----
From: Bekker, Stacey, Ms, DCAA [mailto:Stacey.Bekker@dcaa.mil]
Sent: Monday, April 14, 2008 8:21 AM
To: Vincent J. Wegher
Subject: FW: 20080327.Hartford/WS.3300-103 - Court of Federal Claims, Case No. 07-CV-00774-MCW - VJW to S. Bekker

Good morning, Vince.

I verified the invoice support to our invoice request and found four of the items initially requested have not been supplied. See the attached spreadsheet with outstanding items indicated by yellow highlight.

Please let me know when the invoices will be supplied, or if the invoices are not available. Thank you.

Stacey Bekker

-----Original Message-----
From: Bekker, Stacey, Ms, DCAA
Sent: Thursday, April 10, 2008 12:03 PM
To: 'Vincent J. Wegher'
Subject: RE: 20080327.Hartford/WS.3300-103 - Court of Federal Claims, Case No. 07-CV-00774-MCW - VJW to S. Bekker

Vince,

I will review the file to ensure all requested documents have been supplied and inform you of any outstanding requests by Monday, April 14, 2008.

We began the audit on February 6, 2008.

Thanks,
Stacey

-----Original Message-----
From: Vincent J. Wegher [mailto:vjw@thlf.com]
Sent: Thursday, April 10, 2008 11:41 AM
To: Bekker, Stacey, Ms, DCAA
Cc: HLF File
Subject: RE: 20080327.Hartford/WS.3300-103 - Court of Federal Claims, Case No. 07-CV-00774-MCW - VJW to S. Bekker

Stacey,

Attached are the vender invoices and the last cancelled check you requested.

I believe this installment should complete the list of requested documents. Please let me know if it does not.

Also, could you please give me the date on which your agency started its audit.

Thanks,

Vince

Vincent J. Wegher, P.E., Esq.
The Hustead Law Firm
A Professional Corporation
4643 South Ulster Street, Suite 1250
Denver, CO 80237
Telephone: 303.721.5000 Ext. 122
Direct Line: 720.407.8439
Facsimile: 303.721.5001
Email: vjw@thlf.com
"We can't solve problems by using the same kind of thinking we used when we created them." - Albert Einstein

---

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Vincent J. Wegher at (303) 721-5000 (collect), so that our address records can be corrected.

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

-----Original Message-----
From: Bekker, Stacey, Ms, DCAA [mailto:Stacey.Bekker@dcaa.mil]
Sent: Wednesday, April 09, 2008 7:11 AM
To: Vincent J. Wegher
Subject: RE: 20080327.Hartford/WS.3300-103 - Court of Federal Claims, Case No. 07-CV-00774-MCW - VJW to S. Bekker

Vince,

Do you have an update on the check and invoices?

Thanks,

Stacey

From: Vincent J. Wegher [vjw@thlf.com]
Sent: Wednesday, April 02, 2008 9:36 AM
To: Bekker, Stacey, Ms, DCAA
Cc: HLF File
Subject: RE: 20080327.Hartford/WS.3300-103 - Court of Federal Claims, Case No. 07-CV-00774-MCW - VJW to S. Bekker

Stacey,

It looks like Hartford may gain access to the files in their flooded out office today.

Hopefully, we will have the last check and the vendor invoices to you soon.

Regards,

Vince

Vincent J. Wegher, P.E., Esq.
The Hustead Law Firm
A Professional Corporation
4643 South Ulster Street, Suite 1250
Denver, CO 80237
Telephone: 303.721.5000 Ext. 122
Direct Line: 720.407.8439
Facsimile: 303.721.5001
Email: vjw@thlf.com
"We can't solve problems by using the same kind of thinking we used when we created them." - Albert Einstein

---

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Vincent J. Wegher at (303) 721-5000 (collect), so that our address records can be corrected.

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---