# In the United States Court of Federal Claims

**No. 07-774C**
**(Filed May 7, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **HARTFORD FIRE INSURANCE CO.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On May 7, 2008, the Court held a status conference to discuss Defendant's pending motion to dismiss. The Court **ORDERS** Plaintiff to file, no later than **May 16, 2008**, a status report informing the Court how it wishes to proceed in this case and, if it so chooses, an amended complaint.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**