IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff

v.

No. 07-774C (Judge Williams)

THE UNITED STATES,

Defendant.

**HARTFORD FIRE INSURANCE COMPANY'S STATUS REPORT**

Plaintiff, Hartford Fire Insurance Company ("Hartford"), through its counsel, The Hustead Law Firm, A Professional Corporation, pursuant to the Court's May 7, 2008 Order, respectfully submits this Status Report regarding the above-captioned case.

In light of its May 7, 2008 discussion with the Court and Counsel for Defendant, and after conferring with Counsel for Defendant thereafter, Hartford has elected to voluntarily dismiss its case against The United States without prejudice. To this end, Hartford attaches its Unopposed Motion for Voluntary Dismissal without Prejudice and its proposed order for the Court's convenience.

Respectfully submitted this 16th day of May, 2008.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

By: s/
Patrick Q. Hustead, Esq.
Colorado Bar No. 16905
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Telephone: (303) 721-5000
*Attorney for Plaintiff, Hartford Fire Insurance Company*

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5.1 of the Rules of the United States Court of Federal Claims, I hereby certify that on this 16th day of May, 2008, a true and correct copy of Plaintiff's Status Report was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Douglas G. Edelschick, Esq.
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Attn: Classification Unit, 8th Floor
Email: Douglas.Edelschick@usdoj.gov

s/
Susan M. Higgins