IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HARTFORD FIRE INSURANCE COMPANY,

Plaintiff

v.

No. 07-774C (Judge Williams)

THE UNITED STATES,

Defendant.

**HARTFORD FIRE INSURANCE COMPANY'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Hartford Fire Insurance Company ("Hartford"), through its counsel, The Hustead Law Firm, A Professional Corporation, respectfully submits its Unopposed Motion for Voluntary Dismissal without Prejudice and states as follows:

On May 7, 2008, Counsel for Hartford discussed the above-captioned case with the Court and Counsel for Defendant, The United States. During this discussion, Counsel for Defendant requested Hartford voluntarily dismiss its case against The United States without prejudice in lieu of the Court ruling on its pending Motion for Dismissal. Upon considering said request and in light of the acceptance of Hartford's Claim Certification for Contracts V554C-838 and Contract V554C-839 (the "Contracts") by the U.S. Department of Veterans Affairs (the "VA") on April 24, 2008, Hartford believes its voluntary dismissal of this action without prejudice will best serve the interest of judicial economy by avoiding a protracted dispute regarding the jurisdiction of the Court to hear all of Hartford's pending claims.

In addition, after further conferring with Counsel for Defendant, Hartford also plans to attempt a resolution of its claims with the VA through other means and methods including, but not limited to, direct negotiations and non-binding Alternative Dispute Resolution ("ADR")

In that counsel for The United States has stipulated to Hartford's voluntary dismissal without prejudice, in making this Motion, Hartford herein reserves its right to re-file its claims relating to the Contracts at such a time as it sees fit should negotiation and/or ADR, as referenced above, fail.

For the reasons stated herein, Hartford respectfully requests the Court grant its Unopposed Motion for Voluntary Dismissal without Prejudice with each party to pay its own attorney's fees and costs.

Respectfully submitted this 19th day of May, 2008.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

By: Patrick Q. Hustead
Patrick Q. Hustead, Esq.
Colorado Bar No. 16905
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Telephone: (303) 721-5000
*Attorney for Plaintiff, Hartford Fire Insurance Company*

**CERTIFICATE OF SERVICE**

Pursuant Rule 5.1 of the Rules of the United States Court of Federal Claims, I hereby certify that on this 19th day of May, 2008, a true and correct copy of Plaintiff's Motion for Voluntary Dismissal without Prejudice was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Douglas G. Edelschick, Esq.
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Attn: Classification Unit, 8th Floor
Email: Douglas.Edelschick@usdoj.gov

_______Susan M. Higgins__________
Susan M. Higgins