# In the United States Court of Federal Claims

**No. 07-774C**
**(Filed May 20 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**HARTFORD FIRE INSURANCE CO.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER DISMISSING COMPLAINT

On May 19, 2008, Plaintiff filed an unopposed motion for voluntary dismissal without prejudice. The Court **GRANTS** Plaintiff's motion. The Clerk of the Court is directed to dismiss Plaintiff's complaint, without prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**