# In the United States Court of Federal Claims

**No. 07-774 C**

**HARTFORD FIRE INSURANCE CO.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed May 20, 2008, granting plaintiff's motion for voluntary dismissal,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

John S. Buckley
Acting Clerk of Court

May 20, 2008 By: s/ Debra L. Samler

Deputy Clerk